# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JORDAN M. COPELAND**                                                      **PLAINTIFF**

v.                                                                           No. 4:20CV162-JMV

**(CURRENT) SUPERINTENDENT**
**OF PARCHMAN, ET AL.**                                               **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On September 17, 2020, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the court has twice received returned mail that had been sent to the address the plaintiff provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 28th day of September, 2021.

                                                             /s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE